**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**V.** **NO. 3:22-CR-10**

**ANDREUS SHANNON**

**ORDER**

On August 22, 2025, the Court sentenced Andreus Shannon to 144 months of imprisonment for traveling in interstate commerce to engage in sexual conduct with a minor and using electronic communications to cause such minor substantial emotional distress. Doc. #215 at 1–2. On September 30, 2026, Shannon filed a pro se motion under 28 U.S.C. § 2255 seeking to vacate, correct, or set aside his sentence. Doc. #220. Because Shannon did not use the Court's standard form to request such relief—which form facilitates the Court's expeditious administration of § 2255 cases—Shannon is **DIRECTED** to complete and return the enclosed form no later than November 3, 2026. Shannon's failure to comply with the Court's instructions as specified in this order may lead to the denial or dismissal of his § 2255 case without prejudice.

**SO ORDERED**, this 13th day of October, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**